BRYAN T. DAKE
JULIE R. PATTEN
Assistant U.S. Attorneys
U.S. Attorney's Office
James F. Battin Courthouse
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: 406-657-6101
Fax: 406-657-6058
Email: Bryan.Dake@usdoj.gov
       Julia.Patten@usdoj.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 23- 69 -BLG-SPW |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (Count 1) |
| NANCY MICHELLE HARTSOCK, | Title 21 U.S.C. § 841(a)(1) and Title 18 U.S.C. § 2 |
| Defendant. | (Penalty: Twenty years of imprisonment, $1,000,000 fine, and at least three years of supervised release) |

1

|   | PROHIBITED PERSON IN POSSESSION OF A FIREARM (Count 2) Title 18 U.S.C. § 922(g)(1) (Penalty: Fifteen years of imprisonment, $250,000 fine, and three years of supervised release) CRIMINAL FORFEITURE Title 21 U.S.C. § 853(a)(1) and (2) Title 21 U.S.C. § 881(a)(11) Title 18 U.S.C. § 924(d) TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS |
|---|---|

THE GRAND JURY CHARGES:

COUNT 1

That on or about March 15, 2023, at Billings, in Yellowstone County, in the State and District of Montana, the defendant, NANCY MICHELLE HARTSOCK, knowingly and unlawfully possessed, with the intent to distribute, a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and aided and abetted the same, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

COUNT 2

That on or about March 15, 2023, at Billings, in Yellowstone County, in the State and District of Montana, the defendant, NANCY MICHELLE HARTSOCK, knowing she had been convicted of a crime punishable by a term of imprisonment

exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1).

## CRIMINAL FORFEITURE

Upon conviction of the offense set forth in count 1 of this indictment, the defendant, NANCY MICHELLE HARTSOCK, shall forfeit, pursuant to 21 U.S.C. § 853(a)(1) and (2), and 21 U.S.C. § 881(a)(11): (1) any property constituting and derived from any proceeds obtained, directly and indirectly, as a result of the commission of said offense; (2) any property used and intended to be used, in any manner and part, to commit, and facilitate the commission of, said offense; and (3) any firearm used and intended to be used to facilitate the transportation, sale, receipt, possession, and concealment of controlled substances and any proceeds traceable to such property.

//
//
//
//
//
//
//
//
//
//

Upon conviction of the offense set forth in count 2 of this indictment, the defendant, NANCY MICHELLE HARTSOCK, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

_____
FOREPERSON


_____
JESSE A. LASLOVICH
United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney