UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

RECEIVED
2023 JUN -8 AM 10: 38
US MARSHALS SERVICE
BILLINGS, MONTANA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

NANCY MICHELLE HARTSOCK,

Defendant.

CR-23-69-BLG-SPW

**WARRANT FOR ARREST**

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest NANCY MICHELLE HARTSOCK and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the INDICTMENT charging her with POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE in violation of Title 21 United States Code, Section 841(a)(1) and 18 USC 2, PROHIBITED PERSON IN POSSESSION OF FIREARM in violation of Title 18 United States Code, Section 922(g)(1), and Criminal Forfeiture in violation of Title 21 United States Code, Section 853(a)(1) and (2), 21 USC 881(a)(11) and 18 USC 924(d).

Assigned to: Bryan T. Dake and Julie R. Patten

_Athena Cobb_
Athena Cobb, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE JOHN JOHNSTON
Great Falls, Montana

**BAIL FIXED AT NO BOND**
Date of Issue: 8th day of June, 2023

| RETURN | |
|---|---|
| DATE RECEIVED: 06/08/23    LOCATION: Billings, MT | |
| EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT | |
| DATE OF ARREST: 06/15/23<br>LOCATION: Billings, MT<br>BY: Liz Samson              Deputy U.S. Marshal | Timothy Hornung (A)<br>UNITED STATES MARSHAL |